## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Magistrate Case No. 1:19-mj-02005-JCN |
| ADAM SHAWLEY | ) 18 U.S.C. §§ 922(u) and 924(i)(1) |
| | ) |

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### Theft From a Federally Licensed Firearms Dealer

On about May 29, 2019, in the District of Maine, defendant

### ADAM SHAWLEY

unlawfully took from the premises of The Money Shop at 220 Elm Street G, Newport, Maine

04953, a federally licensed firearms dealer, firearms that had been shipped and transported in

interstate and foreign commerce, specifically: (1) a Taurus brand, Curve model, .380 caliber

pistol with the serial number 1D089074, (2) a Smith & Wesson brand, 637 model, .38 caliber

revolver with the serial number CZN1108, and (3) a Beretta brand, 92S model, 9mm caliber

pistol with the serial number X42253Z.

All in violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

The complainant states that this complaint is based on the attached affidavit, which is

incorporated by reference herein.

Justin Blais
Special Agent
ATF

SWORN AND SUBSCRIBED TO before me
This 27th day of June, 2019 in Bangor.

JOHN C. NIVISON
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
Deputy Clerk

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Justin Blais, having been duly sworn, state as follows:

1.      I am a special agent for the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) and have been so employed since July 16, 2017. Prior to my employment with ATF, I served as a police officer for the town of Farmington, Maine for a period of four years. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy. My formal training included investigation of firearms and narcotics related offenses, among other crimes.

2.      I submit this Affidavit in support of a criminal complaint charging Adam Shawley with one count of Theft From a Federally Licensed Firearms Dealer, in violation of 18 U.S.C. §§ 922(u) and 924(i)(1).

3.      I make this Affidavit based on my personal investigation, my training and experience, and my review of relevant documents and conversations that I have had with other law enforcement agents.

### THEFT FROM A FEDERALLY LICENSED FIREARMS DEALER

4.      On approximately June 9, 2019, the Newport Police Department received a call from The Money Shop, a licensed firearms dealer located at 220 Elm Street G, Newport ME 04953, stating that they had discovered three (3) firearms had been stolen from their shop on May 29, 2019.

5.      Officers from the Newport Police Department responded to The Money Shop and a theft report was taken. The Money Shop owner, Lee Ann Shawley, told law enforcement that the firearms were stolen by her son, Adam Shawley. Ms. Shawley stated that the firearms had been stolen from the firearms display cabinet. The three firearms were as follows: (1) a Taurus brand, Curve model, .380 caliber pistol with the serial number 1D089074, (2) a Smith & Wesson brand,

637 model, .38 caliber revolver with the serial number CZN1108, and (3) a Beretta brand, 92S model, 9mm caliber pistol with the serial number X42253Z.

6.      Officers from the Newport Police Department retrieved a copy of The Money Shop's security video dated May 29, 2019. The video shows a male come into the shop, go behind the counter, take three (3) items from the firearms display, and leave the store without paying. The defendant's mother stated that the male on the video is her son. She also confirmed that the stolen firearms were taken from the cabinet where the defendant removed the three items. Further, the officers reviewed a booking photo of the defendant and confirmed that the male in the video is the same person. Finally, I have received a copy of the security video. I compared the male on the video with a Maine Bureau of Motor Vehicles photograph of Adam Shawley and confirmed that it is the same person.

7.      I queried The Money Shop through the ATF Federal Licensing System and confirmed that The Money Shop is a federally licensed firearms dealer. The Money Shop had a valid license on May 29, 2019.

8.      I have consulted with an ATF nexus expert and confirmed that the handguns stolen from The Money Shop were manufactured outside the District of Maine.

2

## CONCLUSION

9.     Based on the foregoing facts, I respectfully submit that probable cause exists to issue a criminal complaint charging Adam Shawley with one count of violating 18 U.S.C. §§ 922(u) and 924(i)(1).

I, SA Justin Blais, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

Justin Blais
Special Agent
ATF

Subscribed and sworn to before me this 27th day of June, 2019 at Bangor.

John C. Nivison
United States Magistrate Judge

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By:
Deputy Clerk

3

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____ Deputy Clerk

**Synopsis**

1:19-mj-00205-JCN

| | |
|---|---|
| **Name:** | Adam Shawley |
| **Address:** (City & State Only) | Newport, Maine |
| **Year of Birth and Age:** | 1985/33 |
| **Violations:** | Count 1: Theft of a Firearm from and Federal Firearms Licessee,18 U.S.C. 922(u) (Class C Felony, 18 U.S.C. § 3559(b)(3)). |
| **Penalties:** | Count 1: Not more than 10 years imprisonment, a $250,000 fine, or both. 18 U.S.C. 924(i)(1). |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: 2 years; 18 U.S.C.§ 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | ATF, SA Justin Blais |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | NA |
| **Counties:** | Penobscot |
| **AUSA:** | McCormack |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count; 18 U.S.C. § 3013(a)(2)(A) |

1:19-mj-00205-JCN

**Related Case Sheet (Not For Publication)**

| | |
|---|---|
| **Name of Case:** | United States v. Adam Shawley |
| **Is this defendant a current or former member of any bar? Y/N** | N |
| **Caption of any related case(s):** | None |
| **Caption of any related search warrant(s):** | N/A |
| **Target letter sent to this person resulting in appointment of counsel? Y/N** | N |

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
      Deputy Clerk

## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **Magistrate Case No. 1:19-mj-00206-JCN** |
| **ADAM SHAWLEY** | ) **18 U.S.C. §§ 922(u) and 924(a)(1)** |
| | ) |

### MOTION TO SEAL

NOW COMES the United States of America, by and through Halsey B. Frank, United

States Attorney for the District of Maine, and Andrew McCormack, Assistant United States

Attorney, and respectfully moves for an Order sealing the warrant, complaint, affidavit, synopsis,

this motion and any Order hereon, pending the arrest of the defendant. Disclosure of these

documents in advance of the defendant's arrest could hinder his apprehension and result in

heightened officer safety risks associated with his apprehension.

As an exception to any sealing Order, the Government requests that the officers and

agents involved in this investigation be permitted to enter the warrant into the National Crime

Information Center ("NCIC") database and provide a copy of the same to any officer or agent

who is assisting in the apprehension of the defendant or who apprehends the defendant and

requests confirmation of the existence of the warrant.

WHEREFORE, the United States respectfully the Court grant this motion, and Order the

warrant, complaint, affidavit, synopsis, this motion and any Order hereon sealed pending the
arrest of the defendant, except as indicated above.

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

BY:

ANDREW MCCORMACK
Assistant United States Attorney

Dated: June 27, 2019

6/27/19
Motion granted.

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By:
Deputy Clerk

AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT   2019 JUN 27 PM 3: 35

for the

District of Maine

United States of America )
v. )
ADAM SHAWLEY )  Case No. 1:19-mj-00205-JCN
_____ )
Defendant )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ADAM SHAWLEY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Sections 922(u) and 924(i) - Theft From a Federally Licensed Firearms Dealer

Date:   06/27/2019 _____

_____
*Issuing officer's signature*

City and state:    Bangor, Maine _____

John C. Nivison, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _ _____                    _____ *Arresting officer's signature* |
|                    _____ *Printed name and title* |